Jane H. CAMPANELLA, Respondent,

v.

James A. CAMPANELLA, Appellant.

No. 48299.

Missouri Court of Appeals,
Eastern District,
Division Three.

Dec. 18, 1984.

Anthony J. Coultas, St. Louis, for appellant.

Edward L. Dowd, St. Louis, for respondent.

### ORDER

PER CURIAM:

Appellant, James A. Campanella, appeals from the order of the trial court which determined the specific amount of maintenance due under a decree of dissolution. Respondent's motion to dismiss this appeal is overruled. The order of the trial court is affirmed. Rule 84.16(b).